**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

THE NATIONAL ARBOR DAY FOUNDATION,

*Plaintiff,*

v.

UNITED STATES DEPARTMENT OF AGRICULTURE,

BROOKE ROLLINS, in her official capacity as Secretary of the United States Department of Agriculture,

UNITED STATES FOREST SERVICE,

TOM SCHULTZ, in his official capacity as Forest Service Chief,

*Defendants.*

Case No. 1:26-cv-01732

Judge Christopher R. Cooper

**PLAINTIFF THE NATIONAL ARBOR DAY FOUNDATION'S MOTION FOR PRELIMINARY INJUNCTION**

Plaintiff The National Arbor Day Foundation ("Arbor Day") respectfully moves this Honorable Court, pursuant to Federal Rules of Civil Procedure 65(a) for an award of a preliminary injunction against Defendants United States Department of Agriculture, Brooke Rollins, in her official capacity as Secretary of the United States Department of Agriculture, and United States Forest Service, Tom Schultz, in his official capacity as Forest Service Chief ("USDA" or "Defendants"). For the reasons presented in the Complaint and the supporting Memorandum of Law filed contemporaneously with this Motion, Plaintiff respectfully requests that the Court enter an order that enjoins Defendants' policy and practice of unlawfully terminating Arbor Day's and

others' grants, restores the status quo ante, and grants any other relief the Court deems proper. The specific relief that Arbor Day seeks is provided in the accompanying proposed order.

As provided in its Complaint and the Memorandum of Law filed contemporaneously with this Motion, Arbor Day meets the standard for preliminary injunctive relief because it is likely to prevail on the merits of its claims, and absent an injunction Arbor Day will suffer irreparable harm, the equities favor an injunction, and an injunction is in the public interest.

Specifically, Arbor Day is likely to succeed on the merits of its claims that Defendants' challenged policy and practice of terminating grant awards pursuant to 2 C.F.R. § 200.340(a)(4) based on new agency priorities violates the Administrative Procedure Act and the Due Process Clause of the U.S. Constitution. Arbor Day also is likely to prevail on its claims that Defendants' conduct violates the U.S. Constitution's separation of powers, is contrary to statutory mandates, and is *ultra vires*.

Without an injunction, Arbor Day will suffer irreparable harm because Defendants' policy and practice is undermining Arbor Day's existing programs, as well as the livelihoods of their staff and the communities they serve. Equities and the public interest favor an injunction to prevent those harms and to ensure the government follows the law.

Arbor Day also requests that the Court exercise its discretion to dispense with requiring Arbor Day to post a bond to obtain this relief. As detailed in the attached Memorandum, a bond is unwarranted because it would undermine judicial relief and contravene the law, which requires Defendants to restore funding to Arbor Day's grant. Numerous courts have held similarly.

Arbor Day fulfilled its meet and confer obligations through a conference on June 4, 2026, with attorney for Defendants, Catherine J. Malycke, Civil Division, U.S. Attorney's Office for the

District of Columbia. From this conference, Arbor Day understands that this Motion will be opposed.

For the reasons set out in the accompanying Memorandum, Arbor Day respectfully requests that the Court grant the Preliminary Injunction.

DATED this June 5, 2026.

Respectfully Submitted,

BASS, BERRY & SIMS

/s/ *Denise Barnes*
Denise Barnes (DC Bar# 999834)
Richard W. Arnholt (DC Bar# 489163)
Adam R. Briscoe (DC Bar# 1657531)
1201 Pennsylvania Ave NW, Suite 300
Washington, DC 20004
(202) 827-2950
Denise.Barnes@bassberry.com
RArnholt@bassberry.com
Adam.Briscoe@bassberry.com

Erin Palmer Polly (*pro hac vice forthcoming*)
Margaret V. Dodson (*pro hac vice forthcoming*)
21 Platform Way South, Suite 3500
Nashville, TN 37204
(615) 742-7712
Erin.Polly@bassberry.com
Margaret.Dodson@bassberry.com

*Counsel for Plaintiff The National Arbor Day Foundation*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 5, 2026, a true and correct copy of the foregoing was electronically filed with the Court using the Court's Electronic Case Filing system. I understand notice of this filing will be sent to all parties by operation of the Court's system, and parties may access this filing through the Court's system. In addition, I served a courtesy copy of the foregoing by electronic mail on:

Catherine J. Malycke
Assistant U.S. Attorney
Civil Division, U.S. Attorney's Office
601 D St., NW, Washington, D.C. 20530
P: (202) 809-3495
E: Catherine.Malycke@usdoj.gov

/s/ *Denise Barnes*
Denise Barnes (DC Bar# 999834)
1201 Pennsylvania Ave NW, Suite 300
Washington, DC 20004
(202) 827-2950